■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL B. SIMPSON, Appellant. [907 NYS2d 890]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered August 10, 2006. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on May 6, 2010 and by the attorneys for the parties on May 19 and 21, 2010,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Smith, J.P., Fahey, Sconiers, Pine and Gorski, JJ.